UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01116-JLS-JDE                                             Date: May 27, 2022
Title:  Paul Sapan v. Intermarketing Media, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  D. Rojas  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                       Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL**

      On May 6, 2022, the Court granted Plaintiff's Application for Default Judgment. (Order, Doc. 23.)  In the Order, the Court directed that Plaintiff "submit to the Court, within five (5) days from the date" of the Order, "a proposed judgment in line with this Order and pursuant to the Court's procedures." (*Id.* at 9-10, Doc. 23.)  To date, Plaintiff has not filed a proposed judgment.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why the Court should not dismiss this action for failure to prosecute.  Plaintiff's counsel shall submit a written response not to exceed three (3) pages within five (5) days of this Order's issuance.  As an alternative response, the Court will accept a proposed judgment in line with the May 6, 2022 Order and this Court's procedures.  Failure to timely and adequately respond will result in the dismissal of this action without further notice.

**IT IS SO ORDERED**.

                                                                                       Initials of Deputy Clerk: droj