JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, | Case No.: 8:21-cv-1116-JLS-JDE |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| INTERMARKETING MEDIA, LLC d/b/a RESORT ADVISORY GROUP, a Wyoming Limited Liability Company, | |
| Defendants. | |

# **JUDGMENT**

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendant INTERMARKETING MEDIA, LLC d/b/a RESORT ADVISORY GROUP.  Plaintiff has waived costs.

Defendant INTERMARKETING MEDIA, LLC d/b/a RESORT ADVISORY GROUP must pay Plaintiff PAUL SAPAN the sum of Twenty-Two Thousand Dollars and zero cents ($ 22,000.00).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED:  May 31, 2022

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE